# MY MOM

This is about my mom Kim Burrows

June 1, 2008

My mom is great, she takes care of me by keeping me safe, healthy, putting a roof over my head and clothes on my back  she feeds me and sends me to school to get a good education so I can go to college. My mom is a single mom because when my dad died she had to take care of me by herself and she is doing a great job , my mom Kim raises me to be polite and say please, thank you, may I and  excuse me , to be smart and now I am the best reader in my class. My mom spends time with me and we have fun, she takes me to work with her , and on her days off we go to places that are exciting. My mom works hard and has 2 jobs to take care of me and I appreciate my mom and I don't know what I would do without my mom, she is the best you could ask for,  she is the best.  I love my mom and she loves me.


Sincerely,

Hunter Nueku

EXHIBIT "A"