To whom it may concern,

I am quite honored to write a character reference letter for Kim Burrows.

Outside of raising a beautiful little girl by herself, Kim always finds time to get involved in her daughters life.  In fact, this past May Day Kim set time aside to go to her daughter's school to teach the girls in her class how to dance the Maori poi.

I met Kim in September of 1993 at Germaine's Luau.  We have been co-workers, better yet friends for 15 years.  From the first time I met Kim, she always had a lighthearted spirit and a great sense of humor.  I remember when I was a new performer at the Luau; she would help me get rid of those butterflies in my stomach by playing jokes and helping me forget my fears.  I always enjoyed working with her, because she made the show go smoothly.

Kim is also a very loyal and devoted friend.  She played an instrumental part in getting my wife and me together.  Kim knew I was interested in one of the dancer, and she helped smooth the edges for me to meet this girl, and put in a good word for me.  Within that year this girl and I were married, and remain wedded still.  I'll never forget how Kim helped make this happen for me.

I could continue with other descriptions of Kim's many other good qualities- her work ethic, her energy, and her industriousness to name three. Instead I would simply like to say how much I think of Kim and how I would enthusiastically recommend her for any position or task where patience, courtesy, hard work, commitment and trustworthiness are highly valued.


Sincerely,



Randy E. Rivera

EXHIBIT "C"