My name is Michelle Phillips, and I've known Kim Burrows for about three years now. She is a responsible adult, loving mother, hard worker, and loyal friend. I admire her in all aspects of her life.

Kim always makes sure that she takes care of her responsibilities. She is very reliable. She takes pride in her life and is always on time. She makes sure that her bills are paid, and all of her family's necessities are taken care of. She is the head of her household, and also a single parent. She maintains two jobs to help support her father that lives with her, as well as herself and her daughter. I think that she's a remarkable person, and that more people should try to be like her.

For as long as I knew Kim, I know that her daughter means everything to her. Her daughter is her life. She is such a superior role model to mothers everywhere. She takes time out of her busy schedule to make sure that her daughter gets to have things in life that she didn't have when she was younger. I don't know where she finds the time. She just recently dedicated her time to help with her daughters May Day program at school. She went a couple of times a week for a period of a few months to help all of the girls in her class to learn how to dance poi balls. She is such a dedicated mother, and I know that when it comes to her daughter, she will do anything for her.

As I said earlier, she has two jobs that she makes a living with. I work with her at Germaine's Luau, and she is an excellent leader. She is an assistant to the cast supervisor, and has all of her responsibilities of running the luau show when the acting cast supervisor is not there. She has to be able to make decisions on the drop of a dime, as well as learn to adapt to unforeseen events or situations that come up throughout the

duration of the show.  She is an essential employee to Germaine's Luau, and the luau would not run as smoothly without Kim.

I would finally like to state that Kim is one of my best friends.  I know that I can count on her for anything, big or small.  If I need someone to just listen, she's there for me, or if I need someone to pick me up somewhere, I know she'll be there in a second even if it's completely out of her way.  I always turn to Kim when I have a problem, because she always gives me great advice.  She has been through so much in her life, and I look up to her because she learns from her situations, and betters herself from them.  I too am able to learn from her as well, and she helps me deal with things that I know would have been extremely hard to go through without her in my life.

Kim Burrows is a role model to every person that wants to have a fulfilled life.  She is a dedicated worker, mother, and friend.  She leads a balanced life, and I hope to be like her one day.  I am such a lucky person to have her in my life.

Michelle Phillips
94-1391 Hiapo St.
Waipahu, HI 96797
808-368-4551

EXHIBIT "D"