## CERTIFICATE OF SERVICE

WILLIAM M. DOMINGO, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    LESLIE E. OSBORNE        [Electronic through CM/ECF]
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    SYDNEY FLEMING        [Hand delivered]
    United States Probation Officer
    United States Probation Office
    300 Ala Moana Boulevard, C-110
    PJKK Federal Building
    Honolulu, Hawaii  96850

    DATED:  Honolulu, Hawaii, June 23, 2008.

    /s/ William M. Domingo
    WILLIAM M. DOMINGO
    Attorney for Defendant
    KIM BURROWS